The People of the State of New York ex rel. The Standard Gas Light Company, Respondent, v. Michael T. Daly, as Commissioner, etc., Appellant.— Order affirmed, with fifty dollars costs and printing disbursements.— Appeal from order granting peremptory writ of mandamus.— Per Curiam: The order granting a peremptory writ of mandamus, requiring the commissioner of public works to forthwith award and grant permits to the Standard Gas Light Company to open certain streets for the purpose of laying mains and making main connections, was in accordance with a previous decision of the court (67 Hun, 323).

Since the granting of the order appealed from, that decision has been affirmed (54 N. Y. St. Repr. 932). The order should be af-firmed, with fifty dollars costs and printing disbursements. Present — Van Brunt, P. J., Follett and Parker, JJ.